Friday,
July 10.

THE STATE, on the Relation of RITTENOUR, *v.* CAMPBELL and Others.—On appeal.

A PLEA cannot traverse what is not alleged in the declaration.

In debt on bond conditioned for the performance of duties, &c., where breaches are not assigned in the declaration, the usual course is for the defendant to set out the condition of the bond on *oyer*, and plead performance generally, and for the plaintiff to assign breaches in the replication (1).

(1) The statute now requires the breaches in such cases to be assigned in the declaration. Acts of 1847, p. 112.